UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. CASTILLO,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>C. JOHNSON, ET AL.,<br><br>　　　　　　Defendant(s). | Case No. EDCV 18-2187-VAP (KK)<br><br>**ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. No objections have been filed. The Court accepts the findings and recommendation of the Magistrate Judge.

IT IS THEREFORE ORDERED that Defendant Johnson's Motion to Dismiss the Third Amended Complaint is DENIED.

Dated: March 18, 2020

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Virginia A. Phillips*
　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE VIRGINIA A. PHILLIPS
　　　　　　　　　　　　　　　　　　　　　　　　Chief United States District Judge