|   |   |
|---|---|
| UNITED STATES DISTRICT COURT | |
| CENTRAL DISTRICT OF CALIFORNIA | |

| | |
|---|---|
| JOSE L. CASTILLO, | Case No. EDCV 18-2187-VAP (KK) |
| Plaintiff, | |
| v. | **ORDER ACCEPTING FINAL FINDINGS AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE** |
| C. JOHNSON, | |
| Defendant(s). | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Third Amended Complaint, the relevant records on file, and the Report and Recommendation of the United States Magistrate Judge. The Court has engaged in <u>de novo</u> review of those portions of the Report to which Plaintiff has objected. The Court accepts the findings and recommendation of the Magistrate Judge as set forth in the Final Report and Recommendation.

IT IS THEREFORE ORDERED that (1) Defendant's Motion for Sanctions is GRANTED; (2) Defendnat's Motion to Dismiss is GRANTED; (3) Plaintiff's

///

///

///

Request for Extension is DENIED; and (4) Judgment be entered dismissing this action with prejudice and without leave to amend.

Dated: May 26, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge