JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOSE L. CASTILLO, | Case No. EDCV 18-2187-VAP (KK) |
| Plaintiff, | |
| v. | JUDGMENT |
| C. JOHNSON, | |
| Defendant(s). | |

Pursuant to the Order Accepting Final Findings and Recommendation of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice and without leave to amend.

Dated: May 26, 2021

_____
HONORABLE VIRGINIA A. PHILLIPS
United States District Judge